Thoger Gronborg JUNGERSEN,
Plaintiff-Appellant,

v.

AXEL BROS., Inc., et al., Defendants-
Appellees.

No. 65, Docket 23162.

United States Court of Appeals,
Second Circuit.

Argued Dec. 10, 1954.

Decided Dec. 20, 1954.

Elliott L. Biskind, New York City (Arthur J. Brothers, New York City, on the brief), for plaintiff-appellant.

John Vaughan Groner, New York City (William K. Kerr, New York City, on the brief), for defendants-appellees.

Before CLARK, Chief Judge, and MEDINA and HARLAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Ryan, D.C.S.D.N.Y., 121 F.Supp. 712.